1  TOMIO B. NARITA (SBN 156576)
   tnarita@snllp.com
2  LEANNE C. YU (SBN 290698)
   lyu@snllp.com
3  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
4  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
5  Facsimile: (415) 352-2625

6  Attorneys for Defendant
   JPMorgan Chase Bank, N.A. erroneously
7  sued as J.P. Morgan Chase Bank

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LING LA, | No. 4:22-CV-01279 |
| Plaintiff, | **NOTICE OF REMOVAL** |
| vs. | |
| JPMorgan Chase Bank, National Association, | |
| Defendant. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant JPMorgan Chase Bank, N.A., erroneously sued as J.P. Morgan Chase Bank, ("Defendant") hereby removes to this Court the state court action described below.

1. On January 18, 2022, a Complaint was filed against Defendant by Plaintiff Ling La ("Plaintiff"), in the Superior Court of the State of California in and for the County of San Francisco, in an action styled as *Ling La vs. J.P. Morgan Chase Bank*, Case No. CSM-22-865235. The Complaint attempts to assert causes of action for violations of the Fair Credit Billing Act, 15 U.S.C. § 1666i ("FCBA") and 12 C.F.R. § 226.12(c). A copy of the Complaint, along with the docket report of the state court action, is attached hereto as **Exhibit A**.

2. This removal petition is timely under 28 U.S.C. § 1446(b) because Defendant was served with the Complaint on February 7, 2022, by process server, as reflected on the Service of Process Transmittal. *See* **Ex. A** at p. 1.

## JURISDICTION

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and which may be removed to this Court by Defendant under 28 U.S.C. §§ 1441(a) and 1441(c)(1)(A) because the Complaint asserts claims against Defendant arising under federal law. *See* **Ex. A** at p. 4.

4. As the Complaint was filed in the Superior Court of the State of California, County of San Francisco, venue is proper in this Court. *See* 28 U.S.C. § 1441(a) (allowing removal "to the district court of the United States for the district and division embracing the place" where the state court action is pending); 28 U.S.C. § 84(a) ("The Northern District comprises the counties of . . . , San Francisco. . . .").

5. Defendant is represented by the undersigned.

//
//

| | |
|---|---|
| DATED: March 1, 2022 | SIMMONDS & NARITA LLP<br>TOMIO NARITA<br>LEANNE C. YU |
| | By: /s/ Leanne C. Yu<br>Leanne C. Yu<br>Attorneys for Defendant<br>JPMorgan Chase Bank, N.A. |